UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN HAGBERG,

Plaintiff,

v.

HOLLAND AMERICA LINE NV LLC; HOLLAND AMERICA LINE NV; HOLLAND AMERICA LINE INC; HOLLAND AMERICA LINE USA INC d/b/a HOLLAND AMERICA; and DOES 1-10,

Defendants.

C26-1070 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court finds this case is appropriate for mediation under Local Civil Rule ("LCR") 39.1. See Joint Status Report at 4 (docket no. 13). The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

(2) A settlement conference pursuant to LCR 39.1(c)(2) must be completed by June 4, 2027. Mediation shall be completed no later than July 6, 2027, and a letter of compliance shall be filed with the Court no later than July 13, 2027.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk